AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**BRAYAN EMILIANO**
**JOSE M. GONZALEZ-MARTINEZ**
**DUARTE A. NUNEZ**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 10, 2008** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 841(b)(1)(C)**.

I further state that I am **OFFICER HARRY ALLEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER HARRY ALLEN**
**NARCOTICS & SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                    City and State

_____        _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

**STATEMENT OF FACTS**

On April 10, 2008, a confidential informant working with the Metropolitan Police Department's Narcotics and Special Investigation Division, met with Defendant Brayan Emiliano in the 6200 block of New Hampshire Avenue, N.E., Washington, D.C. to get a sample of cocaine the CI was going to purchase from the defendant. When Emiliano entered the undercover vehicle he gave the CI a small sandwich bag containing a white powder substance. Defendant Emiliano wanted the CI to purchase the seven hundred fifty grams of cocaine, but CI told him he would purchase it later in the day. The CI left the area, and gave the white powder to officers. A portion of the white powder field tested positive for cocaine. After a series of phone calls between the CI and Emiliano, they agreed to meet to complete the sale of the seven hundred fifty grams of cocaine. The CI went back to the 6200 block of New Hampshire Avenue, N.E., where Emiliano was waiting. Defendant Emiliano entered the u/c vehicle and the CI gave him the money. When Emiliano pulled the money out of the bag, the CI snatched it, and told him he wanted to see the cocaine. Defendant Emiliano called his supplier, and short time later Defendant Duarte Nunez walked over to the vehicle and got inside. The CI showed defendant Nunez the money, and Nunez got out of the vehicle and walked over to a grey 4 door Chevrolet Malibu and got into the driver's seat. A short time later officers observed Defendant Gonzalez-Martinez sitting in the Malibu with the passenger door open. He was holding a white bag with some type of black marking. Defendants Nunez and Gonzalez-Martinez walked over to the u/c vehicle and Nunez got inside. Nunez was carrying the white bag with black markings when they went to the u/c vehicle. Nunez gave the CI the white bag which contained sandwich bags containing white powder. The CI gave Emiliano the brown bag containing $8,000.00 in MPDC funds, and started counting the money. The CI gave arrest teams the signal and the teams moved in. Officers observed Defendant Emiliano tossing money into a trash can near his vehicle, and Emiliano throwing the brown bag in the grass. Defendants Nunez and Gonzalez-Martinez were stopped and all three defendants were placed under arrest. The approximate weight of the suspected cocaine was 770 grams and a portion field tested positive for cocaine. Following their arrests, all three defendants (Emiliano, Nunez, and Gonzalez-Martinez) gave statements to law enforcement. All three defendants separately admitted to participating with each other in the sale of the cocaine.

OFFICER HARRY ALLEN
NARCOTICS & SPECIAL INVESTIGATION
DIVISION, METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF APRIL, 2008.

U.S. MAGISTRATE JUDGE